CHARLES BELOCK ET AL. *v.* VERMONT MUTUAL FIRE INSURANCE COMPANY.

May Term, 1934.

Present: POWERS, C. J., SLACK, MOULTON, THOMPSON, and SHERBURNE, JJ.

Opinion filed October 2, 1934.

*Marvelle C. Webber, Vernon J. Loveland,* and *Christopher A. Webber* for the plaintiffs.

*Fred E. Gleason* for the defendant.

MOULTON. J, The issues in this cause are identical with those in *Belock et al.* v. *State Mutual Fire Insurance Company, ante* page 435. For the reasons given in that opinion the same entry must be made.

*Judgment affirmed, and cause remanded.*